Peter E. Perkowski (SBN 199491)
peter@perkowskilegal.com
PERKOWSKI LEGAL, PC
515 S. Flower Street
Suite 1800
Los Angeles, California 90071
Telephone: (213) 340-5796

Attorneys for Plaintiff
EDWIN BLANCO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN BLANCO,<br><br>    *Plaintiff*,<br><br>v.<br><br>MEGAN FOX,<br><br>    *Defendant*. | Case No. 2:26-cv-00758<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br>*Jury Trial Demanded* |

Plaintiff Edwin Blanco, for his Complaint against Defendant Megan Fox, alleges as follows:

## JURISDICTION

1. This action arises under the Copyright Act of 1976, Title 17 U.S.C. § 101 et seq. This Court therefore has jurisdiction over the subject matter of this action under 28 U.S.C. § 1331 (federal question) and § 1338 (copyright).

## PARTIES

2. Plaintiff Edwin Blanco is a freelance photographer for global premier celebrity news and photo agencies. He provides the world's news outlets with real-time content about celebrities such as the defendant. Mr. Blanco also maintains a library of photographs on a diverse range of subjects including celebrities, music, sports, and fashion.

3. Mr. Blanco licenses photographs to leading magazines, newspapers, and editorial clients, throughout the world.

4. Mr. Blanco is domiciled in the State of California and resides in Los Angeles.

5. Defendant Megan Fox is a well-known actress and global celebrity. Known for her striking looks and presence in Hollywood, Ms. Fox has become a prominent figure in both film and television.

6. On information and belief, Ms. Fox is domiciled in the State of California and resides in Calabasas.

7. On information and belief, Ms. Fox owns, operates, or is responsible for the content of the social media account @meganfox on Instagram.

8. The Court has personal jurisdiction over Ms. Fox because she is domiciled in California and resides in this judicial district.

9. Venue in this judicial district is proper under 28 U.S.C. § 1400(a).

## BACKGROUND FACTS

10. Mr. Blanco owns and holds the copyright of a photographic image depicting Megan Fox dressed as a character from the motion picture *Kill Bill* while attending a Halloween party in Los Angeles (the "Image").

11. Within 90 days of first publication, the Image was registered with the U.S. Copyright Office as Reg. No. VA 2-375-169 (eff. Nov. 10, 2023).

12. Mr. Blanco captured the Image to document and highlight the event itself, not to focus on Ms. Fox specifically. Nevertheless, Ms. Fox used the Image for her own purposes without contacting Mr. Blanco or seeking a license.

13. Specifically, on or around October 28, 2023, defendant or her agents copied the Image from unknown sources, stored the Image on a server, and displayed the Image by posting it to Instagram on the @meganfox account.

14. The Image was used to promote Ms. Fox's public appearances, boost user engagement, increase shareability, and lend credibility to her branded content—

each of which enhanced the growth, reach, and perceived authority of Ms. Lopez's digital presence. Ms. Fox's unauthorized use of the Image is therefore commercial in nature, intended for the purpose of self-promotion.

15. Indeed, on information and belief, defendant knew that because of the Image's depiction of her, users would be attracted to view the Image and thus more likely to subscribe and follow her social media accounts and engage with and share the content, thus enhancing her reach and online influence.

## CLAIM ONE

### (For Copyright Infringement, 17 U.S.C. § 501)

16. Plaintiff realleged and incorporated by reference the allegations contained in the preceding paragraphs of this Complaint as if fully set forth here.

17. Plaintiff is the copyright owner of the protected Image named above in this Complaint.

18. Defendant has reproduced, displayed, or otherwise copied the Image without plaintiff's authorization or license.

19. The foregoing acts of defendant infringed upon the exclusive rights granted to copyright owners under 17 U.S.C. § 106 to display, reproduce, and distribute their work to the public. Such actions and conduct constitute copyright infringement in violation of 17 U.S.C. §§ 501 et seq.

20. Plaintiff has complied in all respects with 17 U.S.C §§ 101 et seq. and secured and registered the exclusive rights and privileges in and to the copyright of the above-referenced work in accordance with 17 U.S.C § 408.

21. Plaintiff suffered damages as a result of defendant's unauthorized use of the Image.

22. Having timely registered his copyright in the Image, plaintiff is entitled to elect statutory damages under 17 U.S.C. § 412 and § 504(c), in an amount of not less than $750 or more than $30,000 per infringement of each work registered.

23. Plaintiff alleges, on information and belief, that defendant's actions were intentional or in reckless disregard of plaintiff's copyright, and that such actions support an award of enhanced statutory damages for willful infringement under the Copyright Act, 17 U.S.C. § 504(c)(2), in the sum of up to $150,000 per infringed work.

24. In the alternative, plaintiff is entitled to recovery of his actual damages and defendant's profits attributable to the infringement of the Images, under 17 U.S.C. § 504(b).

25. Within the time permitted by law, plaintiff will make his election between actual damages and profit disgorgement, or statutory damages.

26. Plaintiff is also entitled to a discretionary award of attorney fees under 17 U.S.C. § 412 and § 505.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests the following:

A. For a preliminary and permanent injunction against defendant and anyone working in concert with her from further copying or displaying the Image;

B. For an order requiring defendant to account to plaintiff for their profits and any damages sustained by plaintiff arising from the acts of infringement;

C. As permitted under 17 U.S.C. § 503, for impoundment of all copies of the Image used in violation of plaintiff's copyright—including digital copies or any other means by which they could be used again by defendant without plaintiff's authorization—as well as all related records and documents;

D. For actual damages and all profits derived from the unauthorized use of the Image or, where applicable and at plaintiff's election, statutory damages;

E. For an award of pre-judgment interest as allowed by law;

F. For reasonable attorney fees;

G. For court costs, expert witness fees, and all other costs authorized under law;

H.    For such other and further relief as the Court deems just and proper.

## JURY TRIAL DEMAND

Plaintiff demands a trial by jury of all issues permitted by law.

Dated: January 24, 2026    Respectfully submitted,

**PERKOWSKI LEGAL, PC**

By:   /s/ Peter Perkowski
       Peter E. Perkowski

Attorneys for Plaintiff
EDWIN BLANCO